```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 3/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
GE SEACO SRL,

                Plaintiff,

   -against-

TIANJIN MARINE SHIPPING CO. LTD.,
TENJIN SHIPPING CO. LTD.

                Defendant.
-------------------------------X

08-CV-9685 (LAP)

ORDER

    HONORABLE LORETTA A. PRESKA,

    WHEREAS, the Plaintiff, GE SEACO SRL obtained a Rule B Order and Process of Attachment and Garnishment (PMAG), permitting the attachment of funds from Defendant TIANJIN MARINE SHIPPING CO. LTD. (TIANJIN),

    WHEREAS the PMAG was served on certain garnishee financial institutions located in New York, including STANDARD CHARTERED BANK ("SCB"),

    WHEREAS, SCB intercepted and restrained an electronic funds transfer (EFT) in the amount of $60,000.00, belonging to TIANJIN (the "Attached Funds"),

    WHEREAS, Plaintiff instructed SCB to release the Attached Funds,

    WHEREAS, the Court has vacated the Rule B Order and PMAG, and dismissed the present litigation,

WHEREAS, SCB has failed to comply with Plaintiff's direction to release the Attached Funds,

NOW, THEREFORE,

IT IS HEREBY ORDERED that SCB shall release all the Attached Funds belonging to TIANJIN, pursuant to instructions to be provided by Defendant TIANJIN's counsel, representative and/or agent.

IT IS FURTHER ORDERED that SCB shall release the Attached Funds within ten (10) days of service of this Order.

IT IS FURTHER ORDERED that failure of SCB to release the Attached Funds as directed herein shall constitue a breach of this Order and will subject SCB to sanctions for contempt of court.

SO ORDERED

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge

March 1, 2010